## IN RE MICHAEL C.*
## (14685)

Dupont, C. J., and Schaller and Ronan, Js.

Argued February 28—officially released April 1, 1997

Per Curiam. The judgment is affirmed.

## JOHN NAJDA *v.* SALVATORE M. LOCICERO, SR., ET AL.
## (15687)

Lavery, Hennessy and Licari, Js.

Argued March 3—officially released April 1, 1997

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* GERALD HORNE
## (14642)

Lavery, Landau and Healey, Js.

Argued March 4—officially released April 1, 1997

Per Curiam. The judgment is affirmed.

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 4166B.2, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.